UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MAURICE WILLIAMS,

     Petitioner,

                                                            Case No. 1:15-cv-961

v.

                                                            HONORABLE PAUL L. MALONEY

S. L. BURT,

     Respondent.

_____/


**<u>JUDGMENT</u>**

    In accordance with the Order entered this date:

    **IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  April 13, 2018                                /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                          United States District Judge